**Order filed March 18, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00053-CV
_____

### IN THE INTEREST OF G.X.H., JR. AND B.X.H., CHILDREN, Appellant

### V.

### TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee

---

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-04498J**

---

## ORDER

This is an appeal from a judgment terminating the parental rights of appellants G.X.H. (Father) and R.C. (Mother). Father's brief was due March 12, 2019, with no further extensions allowed absent extraordinary circumstances. No brief has been filed. Appeals in parental termination cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater

compliance with briefing deadlines.

Therefore, we order appellant's appointed counsel, **William Connolly**, to file appellant's brief no later than **March 28, 2019. No further extensions will be granted.** If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM